IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV - 9 2005
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §  No. 6-05CR 076 C |
| | § |
| DAVID ZAPATA NORIEGA, JR. | § |

## INDICTMENT

The Grand Jury Charges:

### Count One
Possession with Intent to Distribute Methamphetamine and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C))

On or about September 18, 2005, in the San Angelo Division of the Northern District of Texas, and elsewhere, **David Zapata Noriega, Jr.**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

**Noriega Indictment - Page 1**

<u>Count Two</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about September 18, 2005, in the San Angelo Division of the Northern District of Texas, and elsewhere, **David Zapata Noriega, Jr.**, defendant, did knowingly possess a firearm, to wit: a Davis Industries, Model DM-22, .22 caliber pistol (derringer), serial number 219658, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as charged in count one of this indictment, an offense for which he may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c).

**Noriega Indictment - Page 2**

### Count Three
### Convicted Felon in Possession of a Firearm
### (Violation of 18 U.S.C. § 922(g)(1))

On or about September 18, 2005, in the San Angelo Division of the Northern District of Texas, and elsewhere, **David Zapata Noriega, Jr.**, defendant, who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a Davis Industries, Model DM-22, .22 caliber pistol (derringer), serial number 219658.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

**REDACTED**

RICHARD B. ROPER
UNITED STATES ATTORNEY

JEFFREY R. HAAG
Assistant United States Attorney
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7559
Facsimile:    806.472.7394

Noriega Indictment - Page 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☐ Yes ☒ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   Defendant Name   **DAVID ZAPATA NORIEGA, JR.**        6-05CR 076 0

   Alias Name   _____

   Address   _____

   County in which offense was committed:   **TOM GREEN**

2. **U.S. Attorney Information**

   AUSA **JEFFREY R. HAAG**   Bar # **24027064**

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date _____

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

   **WARRANT TO ISSUE**

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   **3**   ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 21 USC 841(a)(1), 841(b)(1)(C) | Possession With Intent to Distribute ~~Cocaine~~ Methamphetamine | 1 |
   | 18 USC 924(c) | Possession of Firearms in Furtherance of a Drug Trafficking Crime | 2 |
   | 18 USC 022(g)(1) | Convicted Felon in Possession of a Firearm | 3 |

   Date  11/7/05        Signature of AUSA: _____